No. 70–5332.  HILL *v.* DUTTON, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 70–5335.  REYNOLDS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 70–5337.  DODD *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 70–5340.  BRYANT *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 70–5341.  JASSO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 70–5342.  OVALLE ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 70–5345.  BUONOMO *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 70–5349.  JAMES *v.* ZELKER, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 70–5350.  STARNES ET AL. *v.* ERICKSON, WARDEN. Sup. Ct. S. D.  Certiorari denied.

No. 70–5352.  GOODSEAL *v.* NEBRASKA.  Sup. Ct. Neb. Certiorari denied.

No. 70–5353.  SCHOEN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 70–5354.  NANCE *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 70–5357.  FALLANG *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.